UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| OBSIDIAN HOLISTIC SERVICES, LLC, | ) | CASE NO. 26-01874 |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | HON. DANIEL R. FINE |

**NOTICE OF MEETING OF CREDITORS**
**TO BE CONDUCTED VIA MICROSOFT TEAMS**

PLEASE TAKE NOTICE that the Meeting of Creditors is scheduled for **Tuesday, March 3, 2026, at 1:30 pm**. Please also note that the meeting will be conducted via Microsoft Teams. Parties wishing to participate in the meeting must use the following information to access the meeting:

**To Join by Video**
**Meeting ID:**      992 279 624 180
**Passcode:**        5jM2667d

**To Join by Phone**
**Telephone No.:**   (202) 235-7900
**Passcode:**        884 443 86#

All appearances at the meeting of creditors will be by Microsoft Teams. No personal appearances are permitted unless otherwise instructed by the U.S. Trustee's Office. The Debtor and Debtor's counsel must appear by video. All others may attend either on video or by phone.

ADAM G. BRIEF
ACTING U. S. TRUSTEE

By: */s/ Suhey Ramirez*
Suhey Ramirez, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(202) 495-9936

## **CERTIFICATE OF SERVICE**

I, Suhey Ramirez,

☒ an attorney, certify
    - or -
☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice on each entity shown on the attached list at the address shown and by the method shown on February 9, 2026, at 5:00 p.m.

By: */s/Suhey Ramirez*

## **SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice For Registrants:**

| | |
|---|---|
| Adam G. Brief: | Ustpregion11.es.ecf@usdoj.gov |
| Robert P. Handler: | rhandler@com-rec.com, rhandlerscv@ecf.axosfs.com |
| Edmund G. Urban: | bknotices@urbanburt.com |

**Parties Served via U.S. First Class Mail\*:**

- **See attached mailing matrix**

\*The First-Class Mail Recipients will be served by BMC Group on the date noted above and a Proof of Service executed by BMC Group will be filed.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 26-01874<br>Northern District of Illinois<br>Eastern Division<br>Tue Feb  3 15:57:59 CST 2026 | Obsidian Holistic Services, LLC<br>14741 Main Street<br>Harvey, IL 60426-1922 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| 930 Building, LLC<br>930 W. 175th Street<br>Homewood, IL 60430-2039 | Erica Washington<br>14741 Main Street<br>Harvey, IL 60426-1922 | James Montesano/4M Management<br>1189 Wilmette Avenue, #211<br>Wilmette, IL 60091-2719 |
| Kapitus Servicing Inc.<br>2500 Wilson Blvd.<br>Suite 350<br>Arlington, VA 22201-3873 | Nhon H. Nguyen, Esquire<br>2201 Libbie Avenue<br>Richmond, VA 23230-2364 | OnDeck<br>4700 W. Daybreak Parkway<br>Suite 200<br>UT 84009-5133 |
| R. Ryan Scarfone, Esq.<br>Zwicker & Associates PC<br>5500 Pearl Street, Suite 105<br>Rosemont, IL 60018-5303 | RSM US LLP<br>201 E. Las Olas Blvd., Suite 2500<br>Attn: David Fennell<br>Fort Lauderdale, FL 33301-4449 | Rapid FInance<br>4500 E. West Highway, 6th Floor<br>Bethesda, MD 20814-3327 |
| Adam G. Brief<br>Office of the U. S. Trustee, Region 11<br>219 South Dearborn<br>Room 873<br>Chicago, IL 60604-2027 | Edmund G Urban III<br>Urban & Burt, LTD.<br>5320 W. 159th Street<br>Suite 501<br>Oak Forest, IL 60452-3380 | Robert P Handler<br>Commercial Recovery Associates, LLC<br>805 Greenwood Street<br>Evanston, IL 60201-6521 |

End of Label Matrix
Mailable recipients     14
Bypassed recipients      0
Total                   14